**Opinion filed April 10, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00287-CV

_____

## THOMAS ED COLE; CHRISTOPHER COLE, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ROY FRANKLIN COLE, DECEASED; AND CHRISTINE COLE, Appellants

## V.

## APACHE CORPORATION AND PERMIAN BASIN JOINT VENTURE LLC, Appellees

**On Appeal from the 161st District Court**

**Ector County, Texas**

**Trial Court Cause No. B-132,246**

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal pursuant to a settlement agreement. In the motion, the parties state that they have "resolved the issues relating to the appeal" and "agree that the Court should set aside the Orders without regard to the merits and remand the case to the trial court for

rendition of judgment in accordance" with the settlement agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(B).

We grant the parties' agreed motion, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for the rendition of a judgment in accordance with the parties' settlement agreement.  *See id.*


W. BRUCE WILLIAMS

JUSTICE


April 10, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.